10-3102-cv
*Leak v. Local 32BJ, SEIU*

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of May, two thousand eleven.

PRESENT: JOHN M. WALKER, JR.,
         GUIDO CALABRESI,
         RICHARD C. WESLEY,
                  *Circuit Judges.*

_____

DONNA LEAK,

                  *Plaintiff-Appellant,*

         -v.-                                    10-3102-cv

LOCAL 32BJ, SEIU, ALLIED INTERNATIONAL UNION,

                  *Defendants-Appellees.*

_____

FOR APPELLANT:              DONNA LEAK, *pro se*, Bronx, NY.

FOR APPELLEES:

LOCAL 32BJ, SEIU:           ANDREW L. STROM, Office of the General Counsel for SEIU Local 32BJ, New York, NY.

ALLIED INTERNATIONAL UNION: DAVID A. MINTZ, Weissman & Mintz LLC, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Stein, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED**.

Plaintiff-appellant Donna Leak, *pro se*, appeals from a June 23, 2010 judgment of the United States District Court for the Southern District of New York (Stein, *J.*), which dismissed her complaint for failure to state a claim and denied her leave to amend. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We review *de novo* the dismissal of a complaint pursuant to Rule 12(b)(6), "construing the complaint liberally, accepting all factual allegations in the complaint as true, and drawing all reasonable inferences in the plaintiff's favor." *Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152 (2d Cir. 2002). We review the denial of a motion for leave to amend the complaint for abuse of discretion. *McCarthy v. Dun & Bradstreet Corp.*, 482 F.3d 184, 200 (2d Cir. 2007).

For substantially the same reasons set forth in the magistrate judge's well-reasoned report and recommendation, we conclude that the district court properly dismissed

2

Leak's complaint and denied her motion to amend as futile.

We have considered all of Leak's arguments on appeal and find them to be without merit. For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk.